## Sewell *vs.* State.

SIMPLE LARCENY, FROM TALBOT. Criminal Law. Charge of Court. (Before Judge Willis.)

Hall, J.—The evidence in this case was ample to sustain the conviction, and there was no error in the charge that if the prisoner fled, his flight was a circumstance that could be considered by the jury in

determining his guilt, unless it was shown to be from another cause than from a sense of guilt, or was otherwised explained. 20 Ga., 156, 166; 26 Id., 276, 281; 63 Id., 170.

Judgment affirmed.

J. J. Bull; J. H. Worrill, for plaintff in error.

Thos. W. Grimes, solicitor general, by J. M. McNeill, for the state.